UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Sheldon,

                     Plaintiffs,

          -against-

Target Corporation,

                     Defendant.

-----------------------------------------------------------------X

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** __ 7/21/2023 __

7:23-cv-02627-NSR-VR

**ORDER RE STAUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for September 19, 2023 at 10

AM.   The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference.

      **SO ORDERED.**

DATED:      White Plains, New York
              July 21, 2023

                                    _____
                                  VICTORIA REZNIK
                                  United States Magistrate Judge