```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Sheldon.,

                        Plaintiffs,       **ORDER RE STATUS CONFERENCE**

      -against-                     7:23-cv-02627-NR-VR

Target,

                        Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled **March 13, 2024 at 11:30 AM**. The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID 963691718 and then # to enter the conference.

     SO ORDERED.

DATED:    White Plains, New York
               February 14, 2024

                                                     */s/ Victoria Reznik*
                                            _____
                                            VICTORIA REZNIK
                                            United States Magistrate Judge