UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Sheldon.,

                              Plaintiffs,

       -against-

Target Corp.,

                             Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-02627-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **May 3, 2024 at 11:00 AM.**

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

       **SO ORDERED.**

DATED:       White Plains, New York
                    March 25, 2024

                                                                     VICTORIA REZNIK
                                                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2024